UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

CLERK'S OFFICE
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201

OFFICIAL BUSINESS

Wayne Scott 232368
Allendale Correctional Institution
PO Box 1151
Fairfax, SC 29827

Released

Reason Checked in N.....

Unclaimed
Addressee Unknown
Refused
Unable to Forward
Forwarding Time Exp.
Undeliverable
Do Not Remail in this Envelope

RETURN TO SENDER

UNITED STATES POSTAGE
$00.39

MAILED FROM ZIP CODE

RECEIVED AT
APR 1 4 2006
ACI POSTAL CENTER