IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED CLERK'S OFFICE

2007 NOV 29  A 10: 09

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON SC

| | |
|---|---|
| John P. Brown, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -versus- | ) |
| | ) |
| State of South Carolina, et al., | ) |
| | ) |
| Defendants. | ) |

C. A. No. 2:00-3215-RBH

**ORDER AND
REPORT AND RECOMMENDATION**

This is an action brought by inmates of the South Carolina Department of Corrections pursuant to 42 U.S.C. § 1983 alleging that the defendants violated their constitutional rights in requiring them to submit a blood sample under the South Carolina DNA Act and pay a $250 fee required by the statute.  On October 23, 2007, the plaintiffs were directed to advise the court whether they wished to go forward with this action given its age and recent decisions of the court.

Subsequently the Orders mailed to the address of record of a number of plaintiffs were returned as undeliverable.  These plaintiffs are:

> Billy M  Ackerman
> James R Adams
> William H Adams
> Donnie Aiken
> Robert Alston
> Donald D Anderson
> Eddie L Arnold
> Scott Atkinson
> Wayne Atkinson

1

James K Austin
Bruce E Bailey
Benjamin Bannister
Christopher Baskett
Willie W. Beasley
Bryan Bell
Michael Benbow
James Benge
Levan Bennett
Reggie Bennett
Tony Bennett
Kelvin Berry
Robert Bigelow
Billy Blackmon
Martin Bolick
George Bollin
Welton Booker
Roy Bowen
Clarence Bowie
Robbie Boykin
Chris Bradley
Marvin Bradley
Johnny Ray Brewer
Roy Brewer
Herman Brisbon
Gary Brooks
Walter Brower
Carlos Brown
George E. Brown
Keith Jerome Brown
Kevin Brown
Leonard A Brown
Jason S Bryan
Michael Buckman
Pervis Burger
Sandra Jean Byars
Tonya Byars
Michael Byer
Craig Calhoun
Tracey Cameron
Sheldon Cannon
Robert Edward Carrillo
Eugene Carter
Roderick Cherry
Marcellous Clark
Charles L Clayton
Wayne Clegg
Harry Clemons

Gary L Collier
Alex Cooper
Junie Cothran
Latee Crawford
Theodore Culp
Matthew Curry
Terry Dacus
Lorenzo Daley
Alvin Davis
Robin Davis
William Deans
Alton Dendy
Allen Derion
Marshall Dicks
James Dingle
Casey Disher
Reginald Doughthy
David Doyle
Jimmy Doyle
Steve H Doyle
Edward A Duelley
Douglas Edwards
David Ellison
William Marvin Ellison
Eric Farr
Terry Anthony Ferguson
Steve Finley
Efrin M Flores
Kirby Fogle
George Frazier, Jr.
Richard Frazier
Richard Fullman
Glen Gallman
Charles E Gardner
Herbert German
David Gibson
Tony Gillard
Alex Girdler
Fred A Golden
Benjamin Gonzales
Henry Goss
Alvin Gray
Gary Grovenstein
William Grubbs
Shannon Gurley
Timothy Hackett
Morris W Hall, Jr.
Donald H Hallock

Henry Hardy
David R Harrison
McKinley Harrison
Thomas A Harrison
Jerome Hart
Darrell Hayes
Dennis Hayes
Lewis Hendrick
Clifton Henry, Jr.
David C Hill
Michael Hill
Mark Hilton
Tracey Hollis
Matthew T Hollman
Robert L Howell
Charles Hughes
Terry Isenock
Melvin Isaac
Ronald Ivey
Russell Jackson
Steve Jackson
NFN James
Bonnie James
Alfonzo Jefferson
John M Jenkins
Tracey Jenkins
Melvin Jerome Jeter
Bernard E Johnson, III
Dwaine L Johnson
Jerry Johnson
Ricky Johnson
Terry Johnson
Harvey L Jones
John L Jones
Melissa W Jones
Jeral Joyner
Jamel Kabir
Jesse Key
Alonzo King
Joseph King King
Vernon L Kinkle
Frank Laney
Horrace Lathen
Michael Lee
Randy Lester
Phillip Dean Lowe
James Lyons
James Evan Mack

4

Thomas N Marshall
Willie J Martin
Donnie Mathers
Richard Grey Mayson
William McAliter
Donald McCloud
Russell McGill
James McMilliam
Tracey McMilliam
Gardner McMillian
Melvin Mickens
Corneal Milledge
Michael F Miller
Timothy Mills
Timothy Morton
Herbert Mosely, Jr.
Shariff Mulligan
Curtis Mulloy
Brad Myers
Carol Nevling
Roy Nicholson
Arthur Billy Nix
Danny Nix
Travis O'Neil
Johnny Otiz
Roger Palmer
John Wilbur Parker
Christopher Parley
Jermaine Person
Garith Phillips
Jacok Pickney
Larry Pierce
Archie Porter
John Potts
Melvin Pough
Henry Raford
Jerome Rainey
Henry Calvin Rascoe
Sa'id Rashid
Burnie Ratliff
John D Ray
Kevin Ray
Victor Reddick
Samuel Reed
LaDerrick Richardson
Rodney Richardson
Juan Borges Rivera
Leonard Rivera

5

Henry Robinson
Herbert Robinson
Donald M Rogers
Charles R Rollins
Adalid Rubio
Floyd Ramsey
Anthony Russ
Thomas Sanders
Steve Sawyer
Keith Schulty
Arby Scott
Silvester Scott
Wayne Scott
Matthew Sellers
Willie Joe Selph
Titus Sharp
Emiterio Silvano
Christopher Slater
Maurice Smalls
Eric Smiley
Avon Smith
Earl Smith
Eddie M Smith
Jerome E Smith
Edward L Smoak, Jr.
Mark Snipes
Joshua Stewart
George Stockwell
Larry Stokes
Ronnie D Suggs
Terrell Taylor
Lelmon Jackson Terrell
James Neal Tino
Jimmy Todd
Larry Randall Todd
Timothy Tucker
Michael Varnadoe
Anthony Vuolo
Kevin Washington
Paul W Washington
Neal K White
Michael Whitten
Thurston Wideman
Mark Wiles
Charle E Williams
DeWitt Williams
H Williams

                    Marion Williams
                    Leon Woodford

On October 26, 2000, shortly after this action was removed
to this court, the plaintiffs were advised by the undersigned,
"You are ordered to always keep the Clerk of Court advised in
writing (Post Office Box 835, Charleston, South Carolina 29402)
if your address changes for any reason, so as to assure that
orders or other matters that specify deadlines for you to meet
will be received by you.  If as a result of your failure to
comply with this order, you fail to file something you are
required to file within a deadline set by a District Judge or a
Magistrate Judge, your case may be dismissed for violating this
order.  Therefore if you have a change of address before this
case is ended, you must comply with this order by immediately
advising the Clerk of Court in writing of such change of address.
Your failure to do so will not be excused by the court." (Docket
# 8).

     Since it appears that the above named plaintiffs have not
kept the court advised of their addresses, it is appropriate and
necessary to dismiss this action with regard to them.

     The court has also been advised that during the pendency of
this action the following plaintiffs have died:

                    Tony Brooks
                    John P Brown
                    James E Ellison
                    Jake Elmore
                    Nathan J Jones

                              7

Willie Miller
Harold G Moss

When the death of a party to an action is suggested upon the record during the pendency of the action, the court must dismiss the action as to the deceased party unless a proper party is substituted for the deceased party.

Rule 25(a) of the Federal Rules of Civil Procedure provides:

> If a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. The motion for substitution may be made by any party or by the successors or representatives of the deceased party and, together with the notice of hearing, shall be served on the parties as provided in Rule 5 and upon persons not parties in the manner provided in Rule 4 for the service of a summons, and may be served in any judicial district. Unless the motion for substitution is made not later than 90 days after the death is suggested upon the record by service of a statement of the fact of the death as provided herein for the service of the motion, the action shall be dismissed as to the deceased party.

Accordingly, unless an appropriate party makes a motion under Rule 25 of the Federal Rules of Civil Procedure for substitution as to an above listed deceased party not later than February 8, 2008, a Report and Recommendation will be entered in favor of dismissal as to the deceased parties.

**NOW THEREFORE, IT IS RECOMMENDED** that, because of the failure to keep the court advised of the proper mailing addresses as previously ordered by the court, this action be dismissed as to the following plaintiffs:

8

Billy M  Ackerman
James R Adams
William H Adams
Donnie Aiken
Robert Alston
Donald D Anderson
Eddie L Arnold
Scott Atkinson
Wayne Atkinson
James K Austin
Bruce E Bailey
Benjamin Bannister
Christopher Baskett
Willie W. Beasley
Bryan Bell
Michael Benbow
James Benge
Levan Bennett
Reggie Bennett
Tony Bennett
Kelvin Berry
Robert Bigelow
Billy Blackmon
Martin Bolick
George Bollin
Welton Booker
Roy Bowen
Clarence Bowie
Robbie Boykin
Chris Bradley
Marvin Bradley
Johnny Ray Brewer
Roy Brewer
Herman Brisbon
Gary Brooks
Walter Brower
Carlos Brown
George E. Brown
Keith Jerome Brown
Kevin Brown
Leonard A Brown
Jason S Bryan
Michael Buckman
Pervis Burger
Sandra Jean Byars
Tonya Byars
Michael Byer
Craig Calhoun

9

Tracey Cameron
Sheldon Cannon
Robert Edward Carrillo
Eugene Carter
Roderick Cherry
Marcellous Clark
Charles L Clayton
Wayne Clegg
Harry Clemons
Gary L Collier
Alex Cooper
Junie Cothran
Latee Crawford
Theodore Culp
Matthew Curry
Terry Dacus
Lorenzo Daley
Alvin Davis
Robin Davis
William Deans
Alton Dendy
Allen Derion
Marshall Dicks
James Dingle
Casey Disher
Reginald Doughthy
David Doyle
Jimmy Doyle
Steve H Doyle
Edward A Duelley
Douglas Edwards
David Ellison
William Marvin Ellison
Eric Farr
Terry Anthony Ferguson
Steve Finley
Efrin M Flores
Kirby Fogle
George Frazier, Jr.
Richard Frazier
Richard Fullman
Glen Gallman
Charles E Gardner
Herbert German
David Gibson
Tony Gillard
Alex Girdler
Fred A Golden

Benjamin Gonzales
Henry Goss
Alvin Gray
Gary Grovenstein
William Grubbs
Shannon Gurley
Timothy Hackett
Morris W Hall, Jr.
Donald H Hallock
Henry Hardy
David R Harrison
McKinley Harrison
Thomas A Harrison
Jerome Hart
Darrell Hayes
Dennis Hayes
Lewis Hendrick
Clifton Henry, Jr.
David C Hill
Michael Hill
Mark Hilton
Tracey Hollis
Matthew T Hollman
Robert L Howell
Charles Hughes
Terry Isenock
Melvin Isaac
Ronald Ivey
Russell Jackson
Steve Jackson
NFN James
Bonnie James
Alfonzo Jefferson
John M Jenkins
Tracey Jenkins
Melvin Jerome Jeter
Bernard E Johnson, III
Dwaine L Johnson
Jerry Johnson
Ricky Johnson
Terry Johnson
Harvey L Jones
John L Jones
Melissa W Jones
Jeral Joyner
Jamel Kabir
Jesse Key
Alonzo King

11

Joseph King King
Vernon L Kinkle
Frank Laney
Horrace Lathen
Michael Lee
Randy Lester
Phillip Dean Lowe
James Lyons
James Evan Mack
Thomas N Marshall
Willie J Martin
Donnie Mathers
Richard Grey Mayson
William McAliter
Donald McCloud
Russell McGill
James McMilliam
Tracey McMilliam
Gardner McMillian
Melvin Mickens
Corneal Milledge
Michael F Miller
Timothy Mills
Timothy Morton
Herbert Mosely, Jr.
Shariff Mulligan
Curtis Mulloy
Brad Myers
Carol Nevling
Roy Nicholson
Arthur Billy Nix
Danny Nix
Travis O'Neil
Johnny Otiz
Roger Palmer
John Wilbur Parker
Christopher Parley
Jermaine Person
Garith Phillips
Jacok Pickney
Larry Pierce
Archie Porter
John Potts
Melvin Pough
Henry Raford
Jerome Rainey
Henry Calvin Rascoe
Sa'id Rashid

12

Burnie Ratliff
John D Ray
Kevin Ray
Victor Reddick
Samuel Reed
LaDerrick Richardson
Rodney Richardson
Juan Borges Rivera
Leonard Rivera
Henry Robinson
Herbert Robinson
Donald M Rogers
Charles R Rollins
Adalid Rubio
Floyd Ramsey
Anthony Russ
Thomas Sanders
Steve Sawyer
Keith Schulty
Arby Scott
Silvester Scott
Wayne Scott
Matthew Sellers
Willie Joe Selph
Titus Sharp
Emiterio Silvano
Christopher Slater
Maurice Smalls
Eric Smiley
Avon Smith
Earl Smith
Eddie M Smith
Jerome E Smith
Edward L Smoak, Jr.
Mark Snipes
Joshua Stewart
George Stockwell
Larry Stokes
Ronnie D Suggs
Terrell Taylor
Lelmon Jackson Terrell
James Neal Tino
Jimmy Todd
Larry Randall Todd
Timothy Tucker
Michael Varnadoe
Anthony Vuolo
Kevin Washington

```
Paul W Washington
Neal K White
Michael Whitten
Thurston Wideman
Mark Wiles
Charle E Williams
DeWitt Williams
H Williams
Marion Williams
Leon Woodford
```

**FURTHER IT IS ORDERED** that appropriate parties, if any, must make motions under Rule 25 of the Federal Rules of Civil Procedure for substitution not later than February 29, 2008, as to the following deceased parties:

```
Tony Brooks
John P Brown
James E Ellison
Jake Elmore
Nathan J Jones
Willie Miller
Harold G Moss
```

**IT IS SO ORDERED.**

ROBERT S. CARR
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

November **28**, 2007

14

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Court Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. In the absence of a timely filed objection, a district court judge need not conduct a de novo review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310 (4th Cir. 2005).

Specific written objections must be filed within ten (10) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The time calculation of this ten-day period excludes weekends and holidays and provides for an additional three (3) days for filing by mail. Fed. R. Civ. P. 6(a) & (e). Filing by mail pursuant to Fed. R. Civ. P. 5 may be accomplished by mailing objections to:

Larry W. Propes, Clerk
United States District Court
P.O. Box 835
Charleston, South Carolina 29402

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140 (1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985).

15