IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John P. Brown, et al., ) | |
| ) | C.A. No.: 2:00-3215-RBH |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| State of South Carolina, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

Other than George E. Brown[1], the Plaintiffs listed hereinbelow filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the

---

[1] As discussed below, the action is not dismissed as to plaintiff, George E. Brown.

1

Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Carr's Report and Recommendation (except as to George E. Brown) and incorporates it herein. It is therefore

**ORDERED** that this action is dismissed as to the plaintiffs listed below. Plaintiff George E. Brown is not to be dismissed as a Plaintiff at this time due to the fact that he updated his current address with the court and also filed a document indicating that he wishes to continue to prosecute the case.[Docket entry #398, filed on December 18, 2007].

| | |
|---|---|
| Billy M. Ackerman | Walter Brower |
| James R. Adams | Carlos Brown |
| William H. Adams | Keith Jerome Brown |
| Donnie Aiken | Kevin Brown |
| Robert Alston | Leonard A. Brown |
| Donald D. Anderson | Jason S. Bryan |
| Eddie L. Arnold | Michael Buckman |
| Scott Atkinson | Pervis Burger |
| Wayne Atkinson | Sandra Jean Byars |
| James K. Austin | Tonya Byars |
| Bruce E. Bailey | Michael Byer |
| Benjamin Bannister | Craig Calhoun |
| Christopher Baskett | Tracey Cameron |
| Willie W. Beasley | Sheldon Cannon |
| Bryan Bell | Robert Edward Carrillo |
| Michael Benbow | Eugene Carter |
| James Benge | Roderick Cherry |
| Levan Bennett | Marcellous Clark |
| Reggie Bennett | Charles L. Clayton |
| Tony Bennett | Wayne Clegg |
| Kelvin Berry | Harry Clemons |
| Robert Bigelow | Gary L. Collier |
| Billy Blackmon | Alex Cooper |
| Martin Bolick | Junie Cothran |
| George Bollin | Latee Crawford |

| | |
|---|---|
| Welton Booker | Theodore Culp |
| Roy Bowen | Matthew Curry |
| Clarence Bowie | Terry Dacus |
| Robbie Boykin | Lorenzo Daley |
| Chris Bradley | Alvin Davis |
| Marvin Bradley | Robin Davis |
| Johnny Ray Brewer | William Deans |
| Roy Brewer | Alton Dendy |
| Herman Brisbon | Allen Derion |
| Gary Brooks | Marshall Dicks |
| James Dingle | David C. Hill |
| Casey Disher | Michael Hill |
| Reginald Doughty | Mark Hilton |
| David Doyle | Tracey Hollis |
| Jimmy Doyle | Matthew T. Hollman |
| Steve H. Doyle | Robert L. Howell |
| Edward A. Duelley | Charles Hughes |
| Douglas Edwards | Terry Isenock |
| David Ellison | Melvin Isaac |
| William Marvin Ellison | Ronald Ivey |
| Eric Farr | Russell Jackson |
| Terry Anthony Ferguson | Steve Jackson |
| Steve Finley | NFM James |
| Efrin M. Flores | Bonnie James |
| Kirby Fogle | Alfonzo Jefferson |
| George Frazier, Jr. | John M. Jenkins |
| Richard Frazier | Tracey Jenkins |
| Richard Fullman | Melvin Jerome Jeter |
| Glen Gallman | Bernard E. Johnson, III |
| Charles E. Gardner | Dwaine L. Johnson |
| Herbert German | Jerry Johnson |
| David Gibson | Ricky Johnson |
| Tony Gillard | Terry Johnson |
| Alex Girdler | Harvey L. Jones |
| Fred A. Golden | John L. Jones |
| Benjamin Gonzales | Melissa W. Jones |
| Henry Goss | Jeral Joyner |
| Alvin Gray | Jamel Kabir |
| Gary Grovenstein | Jesse Key |
| William Grubbs | Alonzo King |
| Shannon Gurley | Joseph King King |
| Timothy Hackett | Vernon L. Kinkle |
| Morris W. Hall, Jr. | Frank Laney |

| | |
|---|---|
| Donald H. Hallock | Horrace Lathen |
| Henry Hardy | Michael Lee |
| David R. Harrison | Randy Lester |
| McKinley Harrison | Phillip Dean Lowe |
| Thomas A. Harrison | James Lyons |
| Jerome Hart | James Evan Mack |
| Darrell Hayes | Thomas N. Marshall |
| Dennis Hayes | Willie J. Martin |
| Lewis Hendrick | Donnie Mathers |
| Clifton Henry, Jr. | Richard Grey Mayson |
| William McAliter | Henry Robinson |
| Donald McCloud | Herbert Robinson |
| Russell McGill | Donald M. Rogers |
| James McMillam | Charles R. Rollins |
| Tracey McMillian | Adalid Rubio |
| Melvin Mickens | Floyd Ramsey |
| Corneal Milledge | Anthony Russ |
| Michael F. Miller | Thomas Sanders |
| Timothy Mills | Steve Sawyer |
| Timothy Morton | Keith Schulty |
| Herbert Mosely, Jr. | Arby Scott |
| Shariff Mulligan | Silvester Scott |
| Curtis Mulloy | Wayne Scott |
| Brad Myers | Matthew Sellers |
| Carol Nevling | Willie Joe Selph |
| Roy Nicholson | Titus Sharp |
| Arthur Billy Nix | Emiterio Silvano |
| Danny Nix | Christopher Slater |
| Travis O'Neil | Maurice Smalls |
| Johnny Otiz | Eric Smiley |
| Roger Palmer | Avon Smith |
| John Wilbur Parker | Earl Smith |
| Christopher Parley | Eddie M. Smith |
| Jermaine Person | Jerome E. Smith |
| Garith Phillips | Edward L. Smoak, Jr. |
| Jacok Pickney | Mark Snipes |
| Larry Pierce | Joshua Stewart |
| Archie Porter | George Stockwell |
| John Potts | Larry Stokes |
| Melvin Pough | Ronnie D. Suggs |
| Henry Raford | Terrell Taylor |
| Jerome Rainey | Lelmon Jackson Terrell |
| Henry Calvin Rascoe | James Neal Tino |

| | |
|---|---|
| Sa'id Rashid | Jimmy Todd |
| Burnie Ratliff | Larry Randall Todd |
| John D. Ray | Timothy Tucker |
| Kevin Ray | Michael Varnadoe |
| Victor Reddick | Anthony Vuolo |
| Samuel Reed | Kevin Washington |
| LaDerrick Richardson | Paul W. Washington |
| Rodney Richardson | Neal K. White |
| Juan Borges Rivera | Michael Whitten |
| Leonard Rivera | Thurston Wideman |
| Mark Wiles | |
| Charles E. Williams | |
| DeWitt Williams | |
| H. Williams | |
| Marion Williams | |
| Leon Woodford | |

It is also noted that during the pendency of this action, the record indicates that several plaintiffs have died. They are listed below:

Tony Brooks
John P. Brown
James E. Ellison
Jake Elmore
Nathan J. Jones
Willie Miller
Harold G. Moss

Accordingly, unless an appropriate party makes a motion under Rule 25 of the Federal Rules of Civil Procedure for substitution as to an above-listed deceased party by February 8, 2008, an Order will be entered dismissing the above deceased parties.

**IT IS SO ORDERED.**

S/ R. Bryan Harwell
R. Bryan Harwell
U.S. District Judge

Florence, South Carolina
January 3, 2008