IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| John P. Brown, et al., ) | |
| ) | C.A. No.: 2:00-3215-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| State of South Carolina, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court for review of the [entry #390] Report and Recommendation of United States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The specific Plaintiffs affected by the [entry #390] Magistrate Judge's Report and Recommendation filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Carr's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that because of the failure to keep the court advised of the proper mailing addresses as previously ordered by the court, this action is dismissed as to the following plaintiffs:

>James Baker
>Willie J. Carter, Jr.
>Shawn Glover
>Brian Sanders

**IT IS SO ORDERED.**

>S/ R. Bryan Harwell
>R. Bryan Harwell
>United States District Judge

Florence, South Carolina
January 14, 2008

2