IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| John P. Brown, et al., | ) | |
| | ) | C.A. No.: 2:00-3215-RBH |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| State of South Carolina, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Robert S. Carr (docket entry #423), made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The Plaintiffs named below filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Carr's Report and Recommendation and incorporates it herein, except as modified by this Court by Order entered this date regarding certain other plaintiffs. It is therefore

**ORDERED** that this action is dismissed with prejudice as to the following specific plaintiffs listed below for lack of prosecution and failure to respond to the Order of this Court.

| | |
|---|---|
| Frankie Adams | Alex Canady, III |
| Reco Agnew | George Cartee |
| | Joel Carter |
| Terry Alewine | Billy Joe Cartrette |
| Woody D. Alexander | George Castile |
| Edward Allen | Ronald Ceo |
| Emiah Anderson | Jonathan Chaffee |
| Quentin Anderson | Beckett Chandler |
| Shawn F. Anderson | Ricky Clark |
| Solomon Anderson | Marion Coakley |
| Leonard Austin | Donald M. Cogdill |
| Tandy C. Babb | Warren Cohen |
| Theodore Bailey | Allen Collins |
| Robert Barkoot | Algie E. Cook |
| Donald Lee Barrick, Jr. | James E. Cooley |
| Tampa Bayl | Brian Craine |
| Dennis Beers | Lamar Cruell |
| Calvin Bell | Wayne J. Dabbs |
| Robert Berry | David Darby |
| Kevin P Bertley | Frankie Dash |
| Gregory Boone | Jimmy Davenport |
| Leedell Bradley | Raymond Day |
| Tryone Bradley | Michael Dinkins |
| Elmore Braxton | Robert Dorsett |
| Michael Brockman | David R. Duke |
| Johnny L. Brown | Gene M. Duncan |
| Jeffrey Bryant | David Duvall |
| Jody Bryant | Johnny Elmore |
| David L. Burgess, II | Darnell Evans |
| James Burnside | Lloyd Evans |
| Zackery Byerson | Tracey Fabian |
| Joseph Byrd, Jr. | Allen Fellers |
| Gregory Paul Cail | Shawn Fishburne |

2

| | |
|---|---|
| Jose Flores | Michel Jeffcoat |
| Matthew Flowers | Michael W. Jeffcoat |
| William C. Floyd | Frank Durant Jeffers |
| Chris Franklin | James A. Jenkins |
| Evon Frederick | Kinji Jeter |
| Phil Fuller | Anthony Johnson |
| Emmett Gadsen | Elton Craig Johnson |
| Antonio Gantt | Porter Johnson |
| Jermaine Garriett | Robert L. Johnson |
| Albert Gause | Benjamin Joiner |
| Kenny Gerald | Freddie Jones |
| Charles Gibbs | William Jones |
| Donnie Ray Gibson | Joseph M. Kimbrell |
| Roy Gibson | James King |
| Chaste Glanton | Raymond Ladson |
| Sean Gordon | Thomas L. Latimerc |
| Denroy Grant | Curtis L. Lawrence |
| Darrell Green | Casey Lewis |
| Omekius Green | Sharon Lynn Libutti |
| Stephen Green | Ronan Lynn |
| Gary Gresham | Robert Gary Marshall |
| Derrick Haigler | Joe Mayberry |
| Yaskin Hakin | Gene McBride |
| Mark A. Hamilton | Milton McCaskill |
| Jimmy Harrison | Adrain Deandra McDuffie |
| Dwayne Hartzog | Calvin McKnight |
| Roosevelt Hayes | Roderick McRae |
| Shawn Hemingway | Keith Miller |
| Jimmy R. Hightower | John Doe Milton |
| Daniel R. Hill | Darnell Mitchell |
| Ron Hill | Mekeil Mitchell |
| Steven Hippenstell | Truman Mitchum |
| Jessie Holland | Michael D. Moore |
| Michael Holmes | James B. Morrison |
| Robert Horton | Ismail Muhammad |
| Wake Hunt | Michael Murphy |
| Antane Hunter | Terry Murphy |
| Franklin Hutson | Anthony Murray |
| Jimmy Iriel | Albert Lee Myers |
| Shahim Ivery | Sam Antonio Neals |
| Samuel H. Jackson | Larry Nelson |
| Terry L. Jackson | Nathaniel Nelson |
| Dennis Jacobs | Luther Nesbitt, III |

| | |
|---|---|
| Richard Nodine | Curtis Slater |
| James O'Shields | Patrick Small |
| James R. Odom | Rodney Smalls |
| John Olin | Chauncy Smith |
| Jonathan Paffen | Eddie R. Smith |
| Geoffrey R. Payne | Robert Smith |
| Charles Peach | Robert C. Smith |
| John M. Penciel | Timothy Stephen |
| Ronnie Pixley | Jeffrey Stingley |
| Harry Plyer | Dan Lavon Temple |
| Alphonso Pollard | Nathen Thomas |
| Frank Portaro | Thomas Thompson |
| Anthony Poteat | Curtis Thornton |
| Michael Preston | Stacey Timberlake |
| Jerome Primas | Antonio Tisdale |
| Darrell Pruitt | Frank Tolen |
| Nicholas Ramsey | Leroy Tracey |
| Johnny Register | McFadden Vernard |
| Jackie Richardson | William Walker |
| William Richbourg | Tommy Warner |
| Pernell Riley | Corey Washington |
| Aaron Robinson | Derrick Washington |
| Eric Robinson | Mitchell Washington |
| Reynold Romain | Kevin Waters |
| David Roton | Douglas Weiters |
| Edward O. Rutland | Michael West |
| Herbert Rutledge | Rico West |
| Richard Sampson | Elijah White |
| Jason Sarratt | Maurice Cortez White |
| Devon Scott | Roy White |
| Mark Seabrooks | Robert Whitehead |
| Cedric Shamley | Stephen Whosendore |
| James Sharpe | Chris Wilder |
| Thurlone Shell | Jackie Williams |
| Johnny Shogan | James Williams |
| George N. Shropsire | Michael D. Williams |
| Tony Shuler | Steven Williams |
| Torris Simmons | Tim Williams |
| Angelo Singletary | |
| Willie Singletary | Damon Wilson |
| Arthur Lee Singleton | Tyrone Wilson |
| John Singleton | Brian Wofford |
| Oliver Singleton | Willie Wood |

4

Cedrice Woods
Allen M. Wright
Daniel Wright
James Adam Wright
Samuel Wright
Richard D. Wynn
Steve Yawn
James York
Davis Young
Donnie Young
Gary Young

**IT IS SO ORDERED.**

                                              <u>s/ R. Bryan Harwell</u>
                                              R. Bryan Harwell
                                              United States District Judge

Florence, South Carolina
March 17 , 2008